IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Thomas G. Hyatt,                               )          C/A No. 0:21-4143-PJG
                                               )
                        Plaintiff,             )
                                               )
            v.                                 )                 **ORDER**
                                               )
Kilolo Kijakazi, Acting Commissioner of the    )
Social Security Administration,[1]             )
                                               )
                        Defendant.             )
_____        )

AND NOW, this 20th day of April 2022, upon consideration of the Defendant's Motion to Remand and with consent from Plaintiff, it is hereby **ORDERED** that the Defendant's motion is granted and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

April 20, 2022                          Paige J. Gossett
Columbia, South Carolina                UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Kilolo Kijakazi is substituted as the named defendant because she recently became the Acting Commissioner of Social Security.